NO: PD-_____

| | | |
|---|---|---|
| ROYCE WILLIAM TAWATER | § | IN THE TEXAS COURT |
| Petitioner, | § | |
| vs. | § | OF |
| THE STATE OF TEXAS | § | |
| Respondent. | § | CRIMINAL APPEALS |

MOTION FOR EXTENSION OF TIME TO FILE A

PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, "Petitioner," Royce William Tawater, and files this Motion For Extension of Time to File a Petition For Discretionary Review, ("PDR"), requesting an additional sixty (60) days within which to file a PDR. In support of this motion, Petitioner would show this Court the following:

I.

Petitioner was convicted in the 354th District Court of Hunt County, Texas of the offense of Unlawful Possession of a Firearm by a Felon in Case No: 29,503, styled: The State of Texas v. Royce William Tawater. Petitioner appealed to the Court of Appeals, Sixth Supreme Judicial District, appeal No: 06-14-00075-CR. The case was affirmed on December 10, 2014.

II.

The present deadline for filing a PDR is January 9, 2015. Petitioner has not requested any extensions prior to this request.

III.

Petitioner's request for an extension is based upon the following facts: (a) Petitioner was not informed of the decision of the court of appeals in affirming his case until December 15, 2014; (b) Since that time, Petitioner has been attempting to gain legal representation in this matter; (c) Petitioner's attorney oin appeal has informed him that hshe will not represent him on the PDR, and; (d) Petitioner's unit of assignment is scheduled to undergo a thirty-day Security Lockdown begining on January 7, 2015.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

-1-

FILED IN
COURT OF CRIMINAL APPEALS

JAN 07 2015

Abel Acosta, Clerk

## IV.

WHEREFORE, PREMESIS CONSIDERED, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition For Discretionary Review up to and including March 10, 2015.

Respectfully submitted,

*Royce Tawater*

Royce W. Tawater,

Pro Se

### UNSWORN DECLARATION

"I, Royce W. Tawater, TDCJ-CID #195 0643, Being presently incarcerated in the Beto Unit of the TDCJ-CID, declare under penalty of Perjury that the above and foregoing are both true and correct."

*Royce Tawater*

Royce W. Tawater

### CERTIFICATE OF SERVICE

This is to further certify that I have mailed a true and correct copy of this document to the Hunt County District Attorney, First Class Mail, postage prepaid, by placing the same in the Beto Unit's mail drop-box, designed for that purpose, on this the 28th day of December, 2014.

*Royce Tawater*

Royce W. Tawater

TDCJ-Cid #1950643

Beto Unit

1391 FM 3328

Tennessee Colony, TX

75880

C.C. Hunt County D.A.

file/rwt

-2-

December 28, 2014

Royce W. Tawater
TDCJ-CID 1950643
Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

Hunt County District Clerk
P.O. Box 1627
Greenville, TX 75403

Clerk, Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

RE: Trial Court No: 29,503: The State of Texas v. Royce William Tawater;
Appellate Court No: 06-14-00075-CR, Royce W. Tawater v. The State of Texas;

To whom it may concern;

Enclosed, please find the original copies of my Motion For Extension of Time to File a Petition For Discretionary Review, and; Motion Requesting Leave to File an Original Copy Only of the Petition For Discretionary Review.

Please file these with the Court, enter them into the system, and include them with the papers related to this cause.

Thank you for your prompt attention to this matter.

Sincerely yours,

*Royce Tawater*

Royce W. Tawater

C.c. Hunt County D.A.

file/rwt

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk